**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEVE BERRY,

    Petitioner,

v.                                          CASE NO. 8:10-CV-79-T-30MAP
                                                 CRIM. CASE NO. 8:06-CR-349-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

Before the Court are Petitioner's Motion Seeking to Expand Issues for Review in COA ("motion to expand") (CV Dkt. #9), and motion to proceed on appeal *in forma pauperis* (CV Dkt. #12).

On May 5, 2010, the Court granted Petitioner a certificate of appealability on the question of whether the "actual innocence" doctrine applies within the context of challenging a predicate offense utilized to classify a defendant as a career offender, and if so, whether an "actual innocence" exception exists to AEDPA's one-year limitation period (see CV Dkt. #8 at pp. 5-7). Petitioner now moves the Court to expand the certificate of appealability to include Petitioner's claim that this Court was without jurisdiction to enhance his sentence as a career offender.

As the Court noted in its May 5, 2010 order denying Petitioner's motion for reconsideration, Petitioner's claim is not a jurisdictional claim (Dkt. #8 at pp. 3-4). Thus, Petitioner's request to expand the certificate of appealability will be denied.

Accordingly, the Court **ORDERS** that:

1. Petitioner's Motion Seeking to Expand Issues for Review in COA (CV Dkt. #9) is **DENIED**.

2. Petitioner's motion to proceed on appeal *in forma pauperis* (CV Dkt. #12) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida on August 10, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record