UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE BERRY,

    Petitioner,

v.                                         CASE NO. 8:10-CV-79-T-30MAP
                                                 CRIM. CASE NO. 8:06-CR-349-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's Notice of Appeal (CV Dkt. 10) of the Court's May 5, 2010 order denying Petitioner's motion for reconsideration (see CV Dkt. 8) which the Court construes as an application for a certificate of appealability (CV Dkt. 11). When the Court denied Petitioner's motion for reconsideration, it granted Petitioner a certificate of appealability (see CV Dkt. 11 at pp. 5-7).

Accordingly, the Court **ORDERS** that Petitioner's construed application for a certificate of appealability (CV Dkt. 11) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner/Counsel of Record